# IN THE SUPREME COURT OF THE STATE OF NEVADA

BILLY CEPERO,
                              Appellant,
          vs.
THE STATE OF NEVADA,
                              Respondent.

No. 85652

FILED

DEC 0 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying a "motion to request the inclusion of the presentence time spent in custody to be reflected on an amended judgment of conviction."

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's motion on October 31, 2019. Appellant did not file the notices of appeal, however, until November 8, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr.J.
Gibbons

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.

22-37948

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 3
Billy Cepero
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk